Date signed February 28, 2007



ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| KORDULA W. MILLER | * | Case No.   06-16850RAG |
| | * | Chapter   7 |
| | * | |
| | * | Creditor   - CitiFinancial |
| | * | |
| Debtor(s). | * | Reaffirmation  - 16 |

**STATEMENT OF REVIEW**

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:     Debtor(s)
        Debtor(s) Counsel - David I. Steinberg
        Creditor - CitiFinancial
        Trustee - D. Rice

**End Of Order**

Reaff-34.4  -  2/9/07